# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JAMES ANTHONY JOHNSON #125794** | **CASE NO. 2:18-CV-00024 SEC P** |
| **VERSUS** | **JUDGE JAMES** |
| **DEPT OF CORRECTIONS ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's suit is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

Signed at Monroe, Louisiana, this 7th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE